Coleman W. Watson, Esq. (SBN 266015)
coleman@watsonllp.com
WATSON LLP
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: 213.228.3233
Facsimile: 213.330.4222

*Attorneys for Plaintiff,*
*Transaction Secure, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TRANSACTION SECURE, LLC, a foreign limited liability company,<br><br>   Plaintiff,<br><br>vs.<br><br>GITHUB, INC., a foreign corporation,<br><br>   Defendant. | Case No.: 5:19-cv-04050-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff, TRANSACTION SECURE, LLC, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action with prejudice, with the parties to each bear their own attorneys' fees, costs, and expenses. Defendant has not yet filed an Answer or Motion for Summary Judgment, so voluntarily dismissal is proper. *See* Fed. R. Civ. P. 41(a).

**DATED** on October 25, 2019

            Respectfully submitted,

            WATSON LLP

*/s/ Coleman Watson*
**Coleman W. Watson, Esq.**
California Bar No. 266015
Florida Bar. No. 0087288
Georgia Bar No. 317133
New York Bar No. 4850004
coleman@watsonllp.com
docketing@watsonllp.com

**WATSON LLP**
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: 213.228.3233
Facsimile: 213.330.4222

*Attorneys for Plaintiff,
Transaction Secure, LLC*